# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The person of Dannie J. Johnson | Case No. 24-933M(NJ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before 12/19/2024 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Honorable Nancy Joseph   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12/5/2024 @ 5:09 p.m.   *[signature: Nancy Joseph]*
*Judge's signature*

City and state: Milwaukee, WI   Nancy Joseph - U.S. Magistrate Judge
*Printed name and title*

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

*Executing officer's signature*

*Printed name and title*

## ATTACHMENT A

*To be searched*

The person to be searched is **DANNIE J. JOHNSON (DOB: 08/29/1983)**.

# ATTACHMENT B

## *To be seized*

The thing to be seized is saliva containing epithelial cells by buccal swab.

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No. 24-933M(NJ)
The person of Dannie J. Johnson )
)
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the __Eastern__ District of __Wisconsin__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Sections 922(g)(1) and 924(c) | Unlawful possession of a firearm and possession of a firearm in furtherance of a drug-trafficking crime |

The application is based on these facts:
See the attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Matthew Tingwald, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: 12/5/2024

*Judge's signature*

City and state: Milwaukee, WI      Nancy Joseph - U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR SEARCH WARRANT

I, Matthew Tingwald, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant to collect an oral swab or swabs of deoxyribonucleic acid (DNA) from saliva containing epithelial cells from the following individual, who is presently located in the Eastern District of Wisconsin: **Dannie J. Johnson (JOHNSON) (DOB: 08/29/1983)**.

2. I have been employed as a Police Officer for the Village of Caledonia Police Department (Caledonia, WI) since 2017. For the last two and half years, I have been assigned to the Federal Bureau of Investigation's (FBI) Milwaukee Area Safe Streets Task Force (MASSTF) as a Task Force Officer (TFO). I have received basic criminal investigative training, including 720 hours at Gateway Technical College's Basic Law Enforcement Academy. In the course of my work, I have become knowledgeable with the enforcement of federal laws pertaining to narcotics, dangerous drugs, and unlawful possession of firearms. I have participated in drug trafficking investigations conducted by the FBI,), HSI/ICE, and other law enforcement agencies, which has resulted in the arrest of subjects, the seizure of property, assets, firearms, and controlled substances. I am familiar with various methods of trafficking narcotics and other controlled substances and the proceeds from the sale of such substances. I am also familiar with methods used to evade detection of both the controlled substances and the proceeds from their sale that are used by drug traffickers. I have participated in investigations involving Title 21 offenses.

3. Through these investigations, my training and experience, and conversations with other law enforcement officers ("LEOs"), I have become familiar with the methods used by

1

narcotics traffickers to distribute, transport, store, and import controlled substances. I also have become familiar with the methods used by narcotics traffickers to safeguard and distribute narcotics and to collect and launder narcotics proceeds. For example, I am familiar with their use of prepaid cellular and cellular phones, normal landlines phones, public phones, debit calling cards, counter-surveillance, the use of false and/or fictitious identities, and the use of coded language during conversations when referring to narcotics in an attempt to disguise the true meaning of the conversation. I also know that consensually monitored telephone calls, as well as court-authorized intercepts, often provided valuable evidence of conspiracy pertaining to the narcotics trafficking activities.

4. As a TFO, I am authorized to investigate violations of the laws of the United States, collect evidence in cases in which the United States is, or may be a party in interest, and execute warrants issued under the authority of the United States.

5. In the course of my experience, I have and continue to be involved in investigations where DNA analysis provided evidence of crimes and of a particular person's participation in a crime, including the packaging and manufacturing of drugs, the control of or nexus to drug premises, and the possession of firearms, ammunition, and firearms accessories.

6. This affidavit is based upon my personal knowledge and upon information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. Throughout this affidavit, I refer to case agents. Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom I have had regular contact regarding this investigation.

7. Because this affidavit is submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only facts that I believe are sufficient to establish probable cause.

## II. PROBABLE CAUSE

8. In February 2024, members of the Milwaukee Area Safe Streets Task Force and Racine, WI Police Department, initiated an investigation into individuals distributing powder cocaine throughout Racine, Wisconsin. Case agents identified JOHNSON, among others, as members of a drug trafficking organization operating in Racine, Wisconsin.

9. On July 8, 2024, U.S. Magistrate Judge William E. Duffin, of the Eastern District of Wisconsin, authorized a warrant to search JOHNSON's residence, located at 5020 Emstan Hills Rd., Racine, Wisconsin 53406 (Case No.24MJ145).

10. On July 10, 2024, FBI personnel and Racine Police Department investigators executed a warrant to search JOHNSON's residence, located at 5020 Emstan Hills Rd., Racine, Wisconsin. Investigators noted the residence had both visible and concealed surveillance cameras situated around the property. JOHNSON was not present during the execution of the search warrant. Latoya E. Tirado (TIRADO), believed to be JOHNSON's girlfriend, was at the residence. TIRADO told investigators the four firearms located inside of the residence belonged to her. During the search, investigators found a cellular phone; identifying documents; a Glock 17 9mm caliber semi-automatic pistol, bearing serial number BPUR481, with approximately a 17 round magazine that contained approximately 15 rounds of ammunition in the Glock magazine inserted in the magazine well, found in "Room F" southside drawer underneath bed; a Sig Sauer P365 9mm caliber semi-automatic pistol, bearing serial number 66A432404, with two Sig Sauer 9mm magazines that contained approximately 10 and 15 rounds of ammunition found next to the pistol,

found in "Room F" in the top dresser drawer; a Smith and Wesson M&P Shield 9mm caliber semi-automatic pistol, bearing serial number HMN0392, with an 8 round Smith and Wesson magazine that contained approximately 8 rounds inserted in the magazine well, found in "Room F" in the top dresser drawer; and a Bushmaster XM-15-e25 with optical 5.56 caliber semi-automatic rifle, bearing serial number L2014781, with a PMAG 30 round magazine that contained approximately 30 rounds of ammunition inserted in the magazine well, found in "Room F" in the closet. Room F is a bedroom that contained adult male and female clothing. This bedroom is known to be JOHNSON's room due to TIRADO stating that this was JOHNSON and hers bedroom, numerous observations of JOHNSON at the residence, JOHNSON listing 5020 Emstan Hills Rd as his address on his driver's license and the adult male clothing in the bedroom.

11. The firearms were forensically swabbed for DNA, and those DNA swabs remain in the custody of the Milwaukee division of the FBI under inventory evidence barcode numbers E7328722, E7328723, E7328724, and E7328725.

12. In approximately January 2005, JOHNSON was convicted in Racine County, Wisconsin for possession of THC with intent to distribute. In Racine County Circuit Court case number 2005CF40 JOHSON was sentenced to five (5) years of incarceration followed by five (5) years of extended supervision. Based on these felony convictions (i.e., offenses carrying a term of imprisonment exceeding one year), JOHNSON was prohibited from possessing a firearm.

13. Based on my training and experience, I know that a sample of saliva containing epithelial cells may be found in and on a person. Swabbing the inside of a subject's mouth or cheek with a sterile cotton swab and preserving the saliva and cells obtained as a result is a reliable method for collecting a DNA sample. This process is called taking a "buccal swab" or "buccal smear." A case agent trained in how to collect a DNA sample and prevent contamination of the

4

resulting evidence will conduct these searches using sterile swabbing kits for use in collection and preservation.

14. I will request the assistance of the FBI's forensic laboratory in processing, analyzing, and scientifically testing the saliva samples to obtain a known DNA profile or profiles and to compare those known DNA profiles with the DNA profiles obtained from the evidence recovered during this investigation.

15. I have reason to believe that saliva samples containing epithelial cells taken from JOHNSON, together with test results comparing the DNA profiles extracted from such samples with any and all human DNA profiles extracted from the aforementioned firearm recovered on July 10th, 2024, will be probative of JOHNSON's possession of that same firearm(s).

### III. CONCLUSION

Based on the information above, I submit that there is probable cause to believe that by taking oral swabs of the mouth of JOHNSON, there may now be found DNA that is probative of his knowing possession of a firearm after previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). Therefore, I request that this Court issue a search warrant to obtain samples of JOHNSON DNA from saliva containing epithelial cells for subsequent testing and examination.

## ATTACHMENT A

*To be searched*

The person to be searched is **DANNIE J. JOHNSON (DOB: 08/29/1983)**.

## **ATTACHMENT B**

### *To be seized*

The thing to be seized is saliva containing epithelial cells by buccal swab.